# In United States District Court

### For the District of Delaware

UNITED STATES OF AMERICA

v.

Criminal Complaint

CASE NUMBER: 07- 239M

_____Deoddrick Purnell_____,
Defendant

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 30, 2007 in the District of Delaware, Defendant Deoddrick Purnell, did knowingly possess in and affecting interstate commerce, a firearm, after having been convicted on or about October 21, 2002, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title ____18____ United States Code, Section(s) __922(g)(1) and 924(a)(2)__ and further state that I am a(n) Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

**See attached Affidavit**

Continued on the attached sheet and made a part hereof:   Yes

_____Veronica Hnat_____
Veronica M. Hnat
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__DECEMBER 1, 2007__ at __Wilmington, DE__
Date                                                       City and State

__JUDGE ROBERT ARMSTRONG__
Name & Title of Judicial Officer

FILED
DEC -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Veronica M. Hnat, being duly sworn, state as follows:

1. I am a Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed for over eighteen years. During that time, my duties have included the investigation of firearms offenses at both the State and Federal levels. Your Affiant is currently assigned to the Operation Disarm Task Force and has been so assigned since October, 2003. During the course of your affiant's law enforcement career, your affiant has received law enforcement training on the investigation of firearms offenses on over fifty occasions. Your affiant has participated in over one hundred investigations of firearms offenses and participated in the seizure of over fifty firearms. You Affiant has also had over one hundred conversations with police officers and Federal agents about the facts and circumstances of firearms offenses. Your Affiant has been employed as a law enforcement officer in various capacities since 1989.

2. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge.

3. The seizure of all the below stated evidence occurred on November 30, 2007, in the City of Wilmington, State and District of Delaware, as stated to me by Wilmington Police Officers who have personal knowledge of the stated facts.

4. On November 30, 2007, at approximately 1954 hours, Wilmington Police were on patrol and stopped a vehicle in the 1600 block of West 5th Street, in the city of Wilmington, New Castle County, State of Delaware that was driving the wrong way on a one way street. The occupants of the vehicle were questioned and it was revealed that the front seat passenger, as well as, the driver was wanted for capias. The front seat passenger was wanted for Failure to Pay, out of the Court of Common Pleas.

5. The front seat passenger, Deoddrick Purnell, ███████████ ("the defendant" here on), was transported to Wilmington Police Department. The vehicle was also transported to Wilmington Police Department, located in the vehicle between the two front seats, in plain view was a Ruger, P95DC, 9mm pistol, serial number 31415125 loaded with fifteen rounds in the magazine. The Officer stated that the handle of the firearm was sticking out in plain view.

6. The defendant, while at Wilmington Police Department, was read his Miranda Warnings and agreed to speak to the Officers. The defendant told the Officers that he had the gun for protection.

7. Your affiant reviewed the computer criminal history information for the defendant from the Delaware Justice Information System and learned that the defendant has a prior felony conviction and pled guilty to Forgery 2nd, on or about 10/21/02, in the Superior Court of Delaware, New Castle County, which is a crime punishable by imprisonment for a term exceeding one year.

8. From you affiant's training and experience, and from prior discussions with ATF Agents who are expertly trained and experienced in determining the interstate nexus of firearms, your affiant knows that the above mentioned firearm was manufactured in a state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate commerce.

9. Based upon your affiant's training and experience, your affiant submits that there is probable cause to believe that the above-mentioned seized firearm contained the frame and receiver of a firearm, and that the firearm appeared to be capable of expelling a projectile by action of an explosive.

10. Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. 922(g) and 924(a)(2) by possessing in and affecting interstate commerce a firearm, after having previously been convicted of a felony and respectfully requests that the Court issue a Criminal Complaint charging that offense.

_____
Veronica M. Hnat
Special Agent, ATF

Sworn and subscribed in my presence
This ___ day of December, 200_

_____
Justice of the Peace Court 20 Magistrate Judge