**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- *163* |
| | ) |
| DEODDRICK PURNELL, | ) |
| | ) **REDACTED** |
| Defendant. | ) |
| | ) |

FILED

DEC -4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 30, 2007, in the State and District of Delaware, DEODDRICK PURNELL, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger pistol, serial number 31415125, and after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of the offense, including but not limited to the following:

1. the Ruger 9mm pistol with serial number 31415125.

2. the magazine containing fifteen (15) rounds of ammunition.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: Martin C. Meltzer   MCM·
Special Assistant United States Attorney

Dated: December 4, 2007