UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. **CR 07-163-UNA** |
| vs. ) | |
| ) | |
| **DEODDRICK PURNELL** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **DECEMBER 6, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *January 31, 2007*. The time between the date of this order and *January 31, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
DEC 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE