AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

**WITNESS AND EXHIBIT RECORD**

U.S. v. Purnell                    CR07-163-UNA.

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER |
|---|---|---|---|---|---|---|
| 12/6/07 | CR07-163 | Kincaid | | | | |
| NAME OF WITNESS | | DIRECT | CROSS By Cover | REDIRECT Cross | RECROSS | PRESIDING OFFICIAL |
| Charlie Bass (Def.' Girlfriend) | | 4:01 PM | 4:04 PM | 4:09 PM | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| D'1 | Letter from Def.' Employer | No Obj. | |

FILED
DEC 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE