IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Deoddrick Purnell, )<br>)<br>Defendant. ) | Criminal Action No. 07-163-JJF |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Special Assistant United States Attorney Martin C. Meltzer as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney David L. Hall.

David L. Hall
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
david.l.hall@usdoj.gov

Dated:  March 6, 2008